**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ANGELIA JOHNSON** | **CIV. ACTION NO. 3:22-00898** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TRUETT ENTERPRISES, INC. ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation [Doc. No. 14] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 18] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Rule 12(b)(6) motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 8] is **GRANTED IN PART,** and Plaintiff's hostile work environment claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. and 42 U.S.C. § 1981, plus her state law claim for intentional infliction of emotional distress are hereby **DISMISSED WITH PREJUDICE**. Fed. R. Civ. P. 12(b)(6).

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) motion to dismiss [Doc. No. 8] otherwise is **DENIED**.

Monroe, Louisiana, this 6th day of January 2023.

_____
TERRY A. DOUGHTY, CHIEF JUDGE
UNITED STATES DISTRICT COURT